# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**EVELYN SMITH,**                                                       **PETITIONER**

**V.**                                            **NO. 1:06CR074-WAP**

**UNITED STATES OF AMERICA,**                                **RESPONDENT**

## ORDER

Petitioner, a federal inmate, filed this matter pursuant to 28 U.S.C. § 2255. Her petition was filed on November 13, 2007. Petitioner simultaneously submitted a motion for extension of time to file her supporting memorandum. The court finds that the motion for extension of time (docket entry 220) is well taken and shall be GRANTED.

Petitioner has filed a motion to proceed *pro se* (docket entry 221) which the court finds is also well taken and shall be GRANTED.

**SO ORDERED**, this the 15th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE