**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**EVELYN SMITH,**                                                                                   **PETITIONER**

**V.**                                  **NO. 1:06CR0074-WAP**

**UNITED STATES OF AMERICA,**                                **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 219) is hereby DENIED and is DISMISSED with prejudice.

**IT IS SO ORDERED.**

THIS the 10th day of October, 2008.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE